NDFL Prob 35  
(1/92)

Report and Order Terminating Probation/  
Supervised Release  
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### Northern District of Florida

UNITED STATES OF AMERICA

V                                                                                       Crim. No. 3:02CR52-003/RV

SEAN CHRISTOPHER MCGONIGLE

On June 18, 2004 the above named was placed on supervised release for a period of four years. He has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that Sean Christopher McGonigle be discharged from supervised release.

Respectfully submitted,

*Donna D. Easterling*  
Donna D. Easterling  
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Date this ___15___ day of ___Jan___, 2007.

Honorable Roger Vinson  
Senior United States District Judge

07 JAN 16 PM 12: 09

FILED